IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

FEB 23 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| RICHARD VIGUS, individually and on behalf of others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SOUTHERN ILLINOIS RIVERBOAT/ CASINO CRUISES, INC. d/b/a HARRAH'S METROPOLIS CASINO, )<br><br>Defendant. ) | CIVIL NO. 08-CV-786-JPG |

ORDER

**IT IS ORDERED** that, the fee having been paid,

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Rd. Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500   Fax: 847-368-1501

is admitted to practice pro hac vice (for this case only) before the United States District Court for

Southern District of Illinois, as attorney for:   Plaintiff, RICHARD VIGUS.

DATED: 2/23/09

BY ORDER OF COURT:

Keenan G. Casady, Clerk

By: _Lisa M. Sidwell_
Deputy Clerk

AA-03
(Revised 6/2007)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

FEB 23 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| RICHARD VIGUS, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL NO. 08-CV-786-JPG |
| SOUTHERN ILLINOIS RIVERBOAT/ ) CASINO CRUISES, INC. d/b/a ) HARRAH'S METROPOLIS CASINO, ) ) | |
| Defendant. ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now BRIAN J. WANCA, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Plaintiff, RICHARD VIGUS, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the States of Illinois and Indiana, and in the United States District Courts for the Northern District of Illinois and Indiana.

2. That movant is a member in good standing in the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

AA-03
(Revised 6/2007)

## Certificate of Service

The undersigned certifies that, on February _19_, 2009, a true and correct copy of the foregoing was served by depositing it in the U.S. Mail, postage pre-paid from Rolling Meadows, IL upon the following:

Bart T. Murphy
**ICE MILLER, LLP**
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
Telephone: (630) 955-6392
Fax: (630) 955-4271

Joseph A. Bleyer
**BLEYER and BLEYER**
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618) 997-1331
Fax: (618) 997-6559

/s/ Brian J. Wanca
Brian J. Wanca

Brian J. Wanca
ANDERSON & WANCA
3701 Algonquin Rd. Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500