IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD VIGUS, individually and on behalf of others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 08-CV-786-JPG |
| SOUTHERN ILLINOIS RIVERBOAT/CASINO CRUISES, INC. d/b/a HARRAH'S METROPOLIS CASINO, | |
| Defendant. | |

**RECEIVED**
JUN 18 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Max G. Margulis, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Richard Vigus, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State(s) of Missouri (Bar No. 24325) and Illinois (Bar No. 1764640) and in the Eastern District of Missouri Federal Court (Bar No. 99293).

2. That movant is a member in good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

AA-03
(Revised 6/2007)