IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD VIGUS, individually,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 08-cv-786-JPG-PMF |
| ) | |
| ) | |
| **SOUTHERN ILLINOIS RIVERBOAT/** ) | |
| **CASINO CRUISES, INC. d/b/a Harrah's** ) | |
| **Metropolis Casino,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   September 27, 2011

              **NANCY ROSENSTENGEL, Clerk of Court**

              **BY:** s/Brenda K. Lowe, Deputy Clerk

**APPROVED:**   *s/J. Phil Gilbert*
       J. PHIL GILBERT
       U. S. DISTRICT JUDGE